# Court of Appeals
# of the State of Georgia

ATLANTA,__May 01, 2019_____

*The Court of Appeals hereby passes the following order:*

**A19A1808. PRESTON CALHOUN v. THE STATE.**

A jury found Preston Calhoun guilty of four counts of aggravated assault and one count each of armed robbery and false imprisonment. On appeal, this court affirmed the majority of Calhoun's convictions, but reversed one aggravated assault conviction. See *Calhoun v. State*, 318 Ga. App. 835 (734 SE2d 809) (2012). Following remittitur, Calhoun was resentenced on August 14, 2013. In 2018, Calhoun filed a motion to vacate an allegedly void conviction. On December 5, 2018, the trial court dismissed the motion, and Calhoun filed a notice of appeal on January 11, 2019. We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, Calhoun filed his notice of appeal 37 days after entry of the trial court's order. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/01/2019_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*